Steven J. Boranian (SBN 174183)
Email: sboranian@reedsmith.com
Joshua B. Marker (SBN 267569)
Email: jmarker@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone:     +1 415 543 8700
Facsimile:     +1 415 391 8269

Attorneys for Defendants
Biomet Orthopedics, LLC, Biomet, Inc., and
Biomet, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILIA MARCHESE,<br><br>              Plaintiff,<br><br>     vs.<br><br>BIOMET ORTHOPEDICS, LLC, BIOMET, INC., and BIOMET, LLC,<br><br>              Defendants. | No.: 12-CV-3739-YGR<br><br>**[PROPOSED] STIPULATED ORDER TO TRANSFER VENUE**<br><br>Honorable Yvonne Gonzalez Rogers |

Pursuant to 28 U.S.C. § 1404(a) Plaintiff Emilia Marchese ("Plaintiff") and Defendants Biomet Orthopedics, LLC and Biomet, Inc. ("Biomet" or "Defendants") hereby submit, through the undersigned, the following Stipulation To Transfer Venue to the Southern District of Ohio.[1]

On July 17, 2012, Plaintiff filed her complaint in the above-titled action in the United States District Court, Northern District of California, alleging injuries caused by an $M^2a$-Magnum Hip Implant System sold by Biomet.  None of the parties reside in California, and the events giving rise to this civil action did not occur in California.  Plaintiff received medical care related to her alleged hip replacement in Ohio.  Based on the forgoing, the parties agree that the Southern District of Ohio is the appropriate venue for the above-titled action.

IT IS THEREFORE STIPULATED AND AGREED by and among Plaintiff and Defendants through the undersigned, to transfer the above-titled action to the Southern District of Ohio.

DATED:  September 26, 2012.

REED SMITH LLP

By  */s/ Steven J. Boranian*
　　Steven J. Boranian (SBN 174183)
　　Attorneys for Biomet Orthopedics, LLC, Biomet, Inc., and Biomet, LLC

PANISH SHEA & BOYLE LLP

By  */s/ Peter Kaufman*
　　Peter Kaufman (SBN 269297)
　　Attorneys for Plaintiff Emilia Marchese

*Filer's Attestation:  Pursuant to General Order No. 45, Section X(B) regarding signatures, Steven J. Boranian hereby attests that concurrence in the filing of this document has been obtained.*

---

[1] Plaintiff's Complaint also names Biomet, LLC as a defendant, but there is no legal entity known as Biomet, LLC.

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  DATED: October 10, 2012

*[signature]*
HONORABLE YVONNE GONZALEZ-ROGERS
UNITED STATES DISTRICT COURT JUDGE